BARRY J. PORTMAN
Federal Public Defender
ANGELA M. HANSEN
Assistant Federal Public Defender
160 West Santa Clara Street, Suite 575
San Jose, CA  95113
Telephone:  (408) 291-7753

Counsel for Defendant CHAVEZ-MESA

*IT IS SO ORDERED — Judge James Ware*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ALBERTO CHAVEZ-MESA, )<br>)<br>Defendant. )<br>_____ ) | No. CR 05-00325 JW<br><br>**STIPULATION AND [PROPOSED]**<br>**ORDER TO CONTINUE STATUS DATE** |

Assistant United States Attorney Susan Knight and defendant, Alberto Chavez-Mesa, through his counsel, Assistant Federal Public Defender Angela M. Hansen, stipulate and agree that the status date in the above-captioned matter, presently scheduled for Monday, June 27, 2005 at 1:30 p.m., should be continued to Monday, July 25, 2005, at 1:30 p.m. for change of plea and sentencing.

The parties stipulate and agree that the status date should be continued because defense counsel needs additional time to investigate and to collect Mr. Chavez's prior records before this matter can be set for a change of plea hearing.  The parties further stipulate and agree that under 18 U.S.C §§ 3161(h)(8)(A) and (B)(iv), the ends of justice served by the continuance requested outweigh the best interest of the defendant and public in a speedy trial because the failure to grant such a continuance would unreasonably deny Mr. Chavez the time necessary for effective preparation, taking into account the exercise of due diligence.

1  Dated: June 23, 2005            _____/s/_____
                                   ANGELA M. HANSEN
2                                  Assistant Federal Public Defender

3

4  Dated: June 23, 2005            _____/s/_____
                                   SUSAN KNIGHT
5                                  Assistant United States Attorney

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

2

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>ALBERTO CHAVEZ-MESA,<br><br>    Defendant. | No. CR 05-00325 JW<br><br>[~~PROPOSED~~] ORDER CONTINUING STATUS DATE AND EXCLUDING TIME |

The parties have jointly requested to continue the status date set for June 27, 2005 to July 25, 2005 at 1:30 p.m. so that defense counsel can have additional time to investigate and prepare Mr. Chavez's case before he enters his change of plea.

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the status date presently set for June 27, 2005 be continued to Monday, July 25, 2005, at 1:30 p.m. for change of plea and sentencing. Pursuant to the parties' stipulation, IT IS FURTHER ORDERED that the period of time from June 27, 2005 through and including July 25, 2005, shall be excluded from the period of time within which trial must commence under the Speedy Trial Act, 18 U.S.C §§ 3161(h)(8)(A) and (B)(iv).

Dated: June 23, 2005            /s/ James Ware
                                                  JAMES WARE
                                                  United States District Judge

1  Distribute to:

2

3  Angela Hansen
   Assistant Federal Public Defender
   160 West Santa Clara Street, Suite 575
4  San Jose, CA 95113
   Counsel for Defendant

5
   Susan Knight
6  Assistant United States Attorney
   150 Almaden Blvd., Suite 900
7  San Jose, CA 95113
   Counsel for the United States

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26