| | |
|---|---|
| 1 | BARRY J. PORTMAN<br>Federal Public Defender |
| 2 | ANGELA M. HANSEN<br>Assistant Federal Public Defender |
| 3 | 160 West Santa Clara Street, Suite 575<br>San Jose, CA 95113 |
| 4 | Telephone: (408) 291-7753 |
| 5 | Counsel for Defendant CHAVEZ-MESA |



IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | ) No. CR 05-00325 JW |
|---|---|
| Plaintiff, | ) |
| v. | ) **STIPULATION AND [PROPOSED]** |
| | ) **ORDER TO CONTINUE STATUS DATE** |
| ALBERTO CHAVEZ-MESA, | ) |
| Defendant. | ) |

Assistant United States Attorney Susan Knight and defendant, Alberto Chavez-Mesa, through his counsel, Assistant Federal Public Defender Angela M. Hansen, stipulate and agree that the status date in the above-captioned matter, presently scheduled for Monday, July 25, 2005 at 1:30 p.m., should be continued to Monday, August 22, 2005, at 1:30 p.m. for change of plea and sentencing.

The parties stipulate and agree that the July 25 date should be continued because defense counsel needs additional time to investigate and to collect background on Mr. Chavez's prior convictions before this matter can be set for a change of plea hearing. The parties further stipulate and agree that under 18 U.S.C §§ 3161(h)(8)(A) and (B)(iv), the ends of justice served by the continuance requested outweigh the best interest of the defendant and public in a speedy trial because the failure to grant such a continuance would unreasonably deny Mr. Chavez the time necessary for effective preparation, taking into account the exercise of due diligence.

1

2

3  Dated: July 20, 2005                                    _____/s/_____
                                                           ANGELA M. HANSEN
4                                                          Assistant Federal Public Defender

5

6  Dated: July 20, 2005                                    _____/s/_____
                                                           SUSAN KNIGHT
7                                                          Assistant United States Attorney

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 05-00325 JW |
| Plaintiff, | ) | **[PROPOSED] ORDER CONTINUING STATUS DATE AND EXCLUDING TIME** |
| v. | ) | |
| ALBERTO CHAVEZ-MESA, | ) | |
| Defendant. | ) | |

The parties have jointly requested to continue the status date set for July 25, 2005 to August 22, 2005 at 1:30 p.m. so that defense counsel can have additional time to investigate and prepare Mr. Chavez's case before he enters his change of plea.

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the status date presently set for July 25, 2005 be continued to Monday, August 22, 2005, at 1:30 p.m. for change of plea and sentencing. Pursuant to the parties' stipulation, IT IS FURTHER ORDERED that the period of time from July 25, 2005 through and including August 22, 2005, shall be excluded from the period of time within which trial must commence under the Speedy Trial Act, 18 U.S.C §§ 3161(h)(8)(A) and (B)(iv).

Dated: July 21, 2005

/s/ James Ware
JAMES WARE
United States District Judge

3

Distribute to:

Angela Hansen
Assistant Federal Public Defender
160 West Santa Clara Street, Suite 575
San Jose, CA 95113
Counsel for Defendant

Susan Knight
Assistant United States Attorney
150 Almaden Blvd., Suite 900
San Jose, CA 95113
Counsel for the United States