NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br>v.<br>ALBERTO CHAVEZ-MESA,<br><br>    Defendant. | NO. CR 05-00325-01 JW<br>**SEALING ORDER** |

The following documents in this action are placed under seal and shall not be opened except by the United States Sentencing Commission for its eyes only and shall not be transmitted or otherwise opened except by order of this court upon application.

\_\_\_\_ Presentence Report

\_\_\_\_ Plea Agreement

  **X**    STATEMENT REASONS
       (Other)

Dated: AUGUST 22, 2005

/s/ James Ware
JAMES WARE
United States District Judge

THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN MAILED TO:

UNITED STATES PROBATION
UNITED STATES PRETRIAL SERVICES
UNITED STATES ATTORNEY'S OFFICE
AUSA: SUSAN KNIGHT ESQ

AFPD: ANGELA HANSEN ESQ

Dated: August 22, 2005

Richard W. Wieking, Clerk

By: _____
Ronald L. Davis
Courtroom Deputy